John P. Fuller, Esq., *pro hac vice*
jpf@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
        -and-
Donald A. MacKay, Esq.
CA Bar No: 138540
don@damackay.com
Donald A. Mackay, Attorney-At-Law
12888 W. Fern Leaf Avenue
Pomona, CA   91766
Telephone: (202) 642-4646
Facsimile: (866) 365-8821
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOHN MEGGS, Individually,

        Plaintiff,

v.                                              Case No: 5:18-cv-01228-JGB-KK-x

COLIMA JJ PLAZA, LLC, a California

Limited Liability Company,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, John Meggs, Individually, by and through his

undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.    The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice.

Respectfully Submitted,

**/s/John P. Fuller**

John P. Fuller, Esq.

*Attorney for Plaintiff*

and

**/s/Donald A. Mackay**

Donald A. MacKay

*Attorney for Plaintiff*