John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Donald A. MacKay, Esq.
CA Bar No: 138540
don@damackay.com
Donald A. Mackay, Attorney-At-Law
12888 W. Fern Leaf Avenue
Chino Hills, CA   91766
Telephone: (202) 642-4646
Facsimile: (866) 365-8821
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

JOHN MEGGS, Individually,

Plaintiff,

vs.

HELM BUSINESS, INC., a California, Corporation, and COLIMA JJ PLAZA, LLC, a California Limited Liability Company,

Defendants.

Case No: 5:18-cv-01228-JGB-KK

_____ /

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

John P. Fuller, Esq., *pro hac vice*
jpf@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Donald A. MacKay, Esq.
CA Bar No: 138540
don@damackay.com
Donald A. Mackay, Attorney-At-Law
12888 W. Fern Leaf Avenue
Chino Hills, CA   91766
Telephone: (202) 642-4646
Facsimile: (866) 365-8821
*Attorneys for Plaintiffs*

Date: 10/17/19

Karen E. Jung, Esq.
karen.jung@junglawpc.com
Jung Law PC
1055 West Seventh Street, 33rd Floor PH
Los Angeles, CA   90017
Telephone: (213)232-4883 x204
*Attorneys for Defendant*

Date: 10/17/19