UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

JOHN MEGGS, Individually,

      Plaintiff,

vs.

HELM BUSINESS, INC., a California, Corporation, and COLIMA JJ PLAZA, LLC, a California Limited Liability Company,

      Defendants.

_____/

Case No: 5:18-cv-01228-JGB-KK

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

Dated:  October 18, 2019

_____
UNITED STATES DISTRICT JUDGE

Page 1 of  1